UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AUSTIN KOHL AND M.K., A MINOR CHILD, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § § § | No. 1:23–CV–100–DAE, |
| Plaintiff, | § | |
| v. | § § | |
| BAY BRIDGE ADMINISTRATORS, LLC, | § § § | |
| Defendant. | § § § | |

## ORDER FOR ADMINISTRATIVE CLOSURE

The matter before the Court is the Motion to Consolidate entered in this case on February 21, 2023. (Dkt. # 9.) In light of the consolidation with the lead case, 1:23-cv-00022-DAE, the Court hereby orders that the instant case be **ADMINISTRATIVELY CLOSED** on the docket of this Court.

**IT IS SO ORDERED.**

**DATE:** Austin, Texas, May 8, 2023.

_____
David Alan Ezra
Senior U.S. District Judge

1